07 C 7055

FILED
DECEMBER 14, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE HIBBLER
MAGISTRATE JUDGE MASON

IN THE CIRCUIT COURT OF ILLINOIS
FOR THE NINETEENTH JUDICIAL CIRCUIT, LAKE COUNTY

| | |
|---|---|
| American Mortgage Consultants, Inc., an Illinois Corporation, <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> Opus Capital Markets Consultants, LLC, an Illinois Limited Liability Corporation, Joseph C. Andrea, and Jennifer LaBud, <br><br> Defendants/Counter-plaintiffs. | Case No. 05 CH 525 <br><br> Consolidated with <br><br> Case No. 05 MR 0662 <br><br> Judge Margaret J. Mullen |
| American Mortgage Consultants, Inc., an Illinois Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Vero Solutions, Inc., an Illinois Corporation and Anthony Guidici, <br><br> Defendants. | FILED <br> FEB 8 - 200[?] <br> CIRCUIT CLERK |

## ORDER

This matter coming before the Court on plaintiff American Mortgage Consultants, Inc.'s Motion for Summary Judgment on Counts I and II of its Verified Complaint against defendants Vero Solutions, Inc., and Anthony Guidici, the parties appearing through counsel and arguments being presented to the Court, the Court being fully advised in the premises, it is hereby ORDERED that:

(i) American Mortgage Consultants, Inc.'s Motion for Summary Judgment on Counts I and II of its Verified Complaint against defendants Vero Solutions, Inc., and Anthony Guidici is hereby GRANTED;

(ii) Defendants Anthony Guidici and Vero Solutions, Inc., assigned to AMC all copyright and other rights, title, and interest in and to, including without limitation, the software or computer program referred to in this litigation by AMC as TIGRE II, by that or any other name including LRMCS or Loan Review and Mortgage Compliance System, and any and all other work product created by Anthony Guidici and Vero

1

Solutions, Inc., including any independent contractors, at the request of or pursuant to the Agreement between AMC and Anthony Guidici and/or Vero Solutions, Inc.; and any other work product based on or derived from TIGRE II;

    (iii)    AMC is the owner of all copyright and other rights, title, and interest in and to, including without limitation, the software or computer program referred to in this litigation by AMC as TIGRE II, by that or any other name including LRMCS or Loan Review and Mortgage Compliance System, U.S. Copyright Registration No. TX 6-083-227, and any and all other work product created by Anthony Guidici and Vero Solutions, Inc., including any independent contractors, at the request of or pursuant to the Agreement between AMC and Anthony Guidici and/or Vero Solutions, Inc.; and any other work product based on or derived from TIGRE II;

    (iv)    Defendants Anthony Guidici and Vero Solutions, Inc., are to specifically comply with the Agreement by executing any and all documents necessary or requested by AMC to memorialize and perfect the assignment to AMC of all copyright and other rights, title and interest in and to, including without limitation, the software or computer program referred to in this litigation by AMC as TIGRE II, by that or any other name including LRMCS or Loan Review and Mortgage Compliance System, including execution of an assignment of U.S. Copyright Registration No. TX 6-083-227 and any other application or registration related to TIGRE II, and any and all other work product created by Anthony Guidici and Vero Solutions, Inc., including any independent contractors, at the request of or pursuant to the Agreement between AMC and Anthony Guidici and/or Vero Solutions, Inc.; and any other work product based on or derived from TIGRE II, and defendants Anthony Guidici and Vero Solutions shall execute a release of any and all claims in or to and any liens or encumbrances on TIGRE II, by that or any other name including LRMCS or Loan Review and Mortgage Compliance System, and any and all work product related thereto;

    (v)    Defendants Anthony Guidici and Vero Solutions, Inc., are, within fourteen (14) days of entry of this Order, COMPELLED to return to AMC any and all work product related to the software or computer program referred to in this litigation by AMC as TIGRE II, by that or any other name including LRMCS or Loan Review and Mortgage Compliance System, and any and all additional materials which contain TIGRE II or any parts thereof, such as, without limitation, copies of TIGRE II or other software that contains any code, screen displays, reports or other components parts, including but not limited to, .cx, .xsd, .aspx, .resx, .csproj, .sin, .rpt, and script of the database structure and all SQL Server Reporting Services .rdl files, of or based on or derived from, in part or whole, TIGRE II; and

    (vi)    Nothing contained in this Order shall be construed to mean that the Court has determined whether or not the software program "OpusFirst" is derived from or based on either TIGRE II/LRMCS. This Order does not apply to "OpusFirst," as the

question of whether or not OpusFirst is derived from or based on of TIGRE II/LRMCS has not been adjudicated by this Court as of the date of this Order.

It is hereby further ORDERED that:

(vii)   Within twenty-eight (28) days of entry of this Order, defendants Anthony Guidici and Vero Solutions shall serve on AMC a written and sworn certification of compliance with this Order.

Date:_____

ENTER:

MARGARET J. MULLEN
_____
Judge Margaret J. Mullen

Prepared by:

Gregory J. Chinlund (6236846)
Anthony S. Hind (6257797)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
Tel: 312..474.6300
Fax: 312.474.0448

Thomas J. Ramsdell (6209798)
Carl E. Myers (6270329)
THOMAS J. RAMSDELL & ASSOCIATES
One East Wacker Drive
Suite 2020
Chicago, Illinois 60601
Tel:    312.267.0071
Fax:    866.220.7644

*Counsel for Plaintiff American Mortgage Consultants, Inc.*