Case 1:07-cv-07055   Document 1-6   Filed 12/14/2007   Page 1 of 1

**07 C 7055**

**FILED**
**DECEMBER 14, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE HIBBLER**
**MAGISTRATE JUDGE MASON**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN MORTGAGE CONSULTANTS INC., an Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> OPUS CAPITAL MARKETS CONSULTANTS, LLC, an Illinois limited liability corporation, VERO SOLUTIONS, INC., an Illinois corporation, JOSEPH ANDREA, an individual, JENNIFER LABUD, an individual, and ANTHONY GUIDICI, an individual, <br><br> Defendants. | Case No. |

## VERIFICATION

I, _DAVID M. LEAHY_, _CEO_ of Plaintiff American Mortgage Consultants, Inc., declare under penalty of perjury under the laws of the United States of America that the statements set forth in the foregoing Complaint are true and correct, except as to matters stated therein to be upon information and belief, and as to such matters certifies as aforesaid that he verily believes the same to be true.

Dated: _DEC 14, 2007_                                    _[signature]_