**07 C 7055**

**FILED**
**DECEMBER 14, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE HIBBLER**
**MAGISTRATE JUDGE MASON**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN MORTGAGE CONSULTANTS INC., an Illinois Corporation, ) ) ) Plaintiff, ) ) ) Case No. v. ) ) OPUS CAPITAL MARKETS CONSULTANTS, ) LLC, an Illinois limited liability corporation, ) VERO SOLUTIONS, INC., an Illinois ) corporation, JOSEPH ANDREA, an individual, ) JENNIFER LABUD, an individual, and ) ANTHONY GUIDICI, an individual, ) ) Defendants. ) ) ) | |

### RULE 7.1 DISCLOSURE STATEMENT

American Mortgage Consultants, Inc. ("AMC"), plaintiff herein, is a Nongovernmental Corporate Party to the captioned lawsuit. AMC does not have a parent company, and no publicly held corporation owns 10% or more of its stock.

Dated: December 14, 2007        By:    /s/    Anthony S. Hind

Thomas J. Ramsdell (6209798)
Anthony S. Hind (6257797)
Carl E. Myers (6270329)
THOMAS J. RAMSDELL & ASSOCIATES
One East Wacker Drive
Suite 2020
Chicago, Illinois 60601
Tel:   312.267.0071
Fax:   866.220.7644

*Counsel for Plaintiff American Mortgage Consultants, Inc.*