## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN MORTGAGE CONSULTANTS, INC., an Illinois Corporation, | ) ) ) ) | **07 C 7055** |
| Plaintiff | ) ) | |
| v. | ) ) | **Hon. William J. Hibbler** |
| OPUS CAPITAL MARKETS CONSULTANTS, LLC, VERO SOLUTIONS, INC., JOSEPH ANDREA JENNIFER LABUD AND ANTHONY GUIDICI. | ) ) ) ) ) ) | **Magistrate Michael T. Mason** |
| Defendants. | ) | |

**AGREED MOTION TO CONTINUE STATUS DATE
AND DEADLINE FOR JOINT DISCOVERY SCHEDULE**

Defendants Opus Capital Markets Consultants, LLC ("Opus"), Vero Solutions, Inc. ("Vero"), Joseph Andrea ("Andrea"), Jennifer LaBud ("LaBud"), and Anthony Guidici ("Guidici") (collectively referred to as "Defendants") by and through their attorneys, Synergy Law Group, L.L.C., move this Court to continue the current status date and deadline for the parties to submit a joint discovery order and in support thereof, state as follows:

1. The current deadline for the parties to submit a joint proposed discovery schedule to the Court is January 31, 2008 (ECF Docket #8).

2. This matter is currently set for status on February 5, 2008 at 9:30 a.m. (ECF Docket #12).

3. All Defendants completed waivers of service of summons pursuant to Federal Rule of Civil Procedure 4 (ECF Docket #s 9, 10, 11, 13, and 14).

4. Defendants must answer or otherwise plead by February 18, 2008.

5. The parties believe that the joint proposed discovery schedule will be more accurate and the status hearing more productive if the joint schedule is proposed and the status hearing is conducted after Defendants file their responsive pleading.

6. Plaintiff's counsel is unavailable until after March 3, 2008.

7. Plaintiff agrees to this Motion and the relief it seeks.

8. Defendants respectfully request that the status hearing and the deadline for the parties to submit a joint proposed discovery schedule be continued until after the deadline for Defendants to answer or otherwise plead and that the status hearing be conducted after March 3, 2008.

Respectfully submitted,

By: /s/ Trisha M. Cole
**Attorney for Defendants**

Joseph L. Kish (6225484)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 W. Randolph St., 6th Floor
Chicago, IL 60661
Phone: (312) 454-0015
Fax: (312) 454-0261

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Agreed Motion to Continue Status Date and Deadline for Joint Discovery Schedule was served upon the attorneys listed below electronically through CM/ECF on January 24, 2008.

Trisha M. Cole    tcole@synergylawgroup.com, nmcdonald@synergylawgroup.com

Anthony S. Hind    ahind@ramsdell-law.com, jreno@ramsdell-law.com

Joseph L Kish    jkish@synergylawgroup.com, nmcdonald@synergylawgroup.com

And I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:

Thomas J. Ramsdell
Thomas J. Ramsdell & Associates
One East Wacker Drive, Suite 2020
Chicago, Illinois  60601


    /s/    Trisha M. Cole
        One of Their Attorneys


Joseph L. Kish (6197916)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261