### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| AMERICAN MORTGAGE CONSULTANTS, INC., an Illinois Corporation, | ) ) ) ) **07 C 7055** |
| Plaintiff | ) ) |
| v. | ) **Hon. William J. Hibbler** ) |
| OPUS CAPITAL MARKETS CONSULTANTS, LLC, VERO SOLUTIONS, INC., JOSEPH ANDREA JENNIFER LABUD AND ANTHONY GUIDICI. | ) **Magistrate Michael T. Mason** ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on January 30, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for defendant shall appear before the Honorable Judge William J. Hibbler or any judge sitting in his stead in Courtroom 1225 of the Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, Illinois and then and there present their Agreed Motion to Continue Status Date and Deadline for Joint Discovery Schedule, a copy of which is attached hereto and hereby served upon you**.**

                                                               Respectfully submitted,

                                                               OPUS CAPITAL MARKETS
                                                               CONSULTANTS, ET AL.

                                                               By:   /s/ Trisha M. Cole
                                                                       One of Their Attorneys

Joseph L. Kish (6197916)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Agreed Motion to Continue Status Date and Deadline for Joint Discovery Schedule was served upon the attorneys listed below electronically through CM/ECF on January 24, 2008.

Trisha M. Cole     tcole@synergylawgroup.com, nmcdonald@synergylawgroup.com

Anthony S. Hind     ahind@ramsdell-law.com, jreno@ramsdell-law.com

Joseph L Kish     jkish@synergylawgroup.com, nmcdonald@synergylawgroup.com

And I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:

Thomas J. Ramsdell
Thomas J. Ramsdell & Associates
One East Wacker Drive, Suite 2020
Chicago, Illinois  60601


    /s/    Trisha M. Cole_____
           One of Their Attorneys


Joseph L. Kish (6197916)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261