# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7055 | **DATE** | 1/29/2008 |
| **CASE TITLE** | Amer. Mort. Vs. Opus Capital, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' Agreed motion to continue status date and deadline for joint discovery schedule is granted. Status hearing reset to 3/11/08 at 9:30 a.m. Joint proposed discovery schedule to be submitted by 3/6/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|