**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN MORTGAGE CONSULTANTS, INC., an Illinois Corporation, | ) ) ) ) | **07 C 7055** |
| Plaintiff | ) ) | |
| v. | ) ) | **Hon. William J. Hibbler** |
| OPUS CAPITAL MARKETS CONSULTANTS, LLC, VERO SOLUTIONS, INC., JOSEPH ANDREA JENNIFER LABUD AND ANTHONY GUIDICI. | ) ) ) ) ) ) | **Magistrate Michael T. Mason** |
| Defendants. | ) | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND
L.R.3.2 NOTICE OF AFFILIATES**

Defendant, Opus Capital Markets Consultants, LLC, ("Opus") pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 states it is a Nongovernmental Corporate Party to the captioned lawsuit. Opus does not have a parent company, no publicly held corporation owns 10% or more of its total membership units, and does not have any affiliates as defined by L.R. 3.2.

        Respectfully submitted,

        Opus Capital Markets Consultants, LLC,

        By:   /s/ Joseph L. Kish
              One of Its Attorneys

Joseph L. Kish (6197916)
Trisha M. Cole (6289247)
Synergy Law Group, LLC
730 West Randolph, 6th Floor
Chicago, Illinois 60661
Telephone: (312) 454-0015
Facsimile: (312) 454-0261