# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN MORTGAGE CONSULTANTS, INC., an Illinois Corporation, | ) ) ) ) | |
| | ) | **07 C 7055** |
| Plaintiff | ) ) | |
| v. | ) ) | **Hon. William J. Hibbler** |
| OPUS CAPITAL MARKETS CONSULTANTS, LLC, VERO SOLUTIONS, INC., JOSEPH ANDREA JENNIFER LABUD AND ANTHONY GUIDICI. | ) ) ) ) ) ) | **Magistrate Michael T. Mason** |
| Defendants. | ) | |

## **AMENDED NOTICE OF MOTION**

To:   See Attached Service List

Please take notice that on February 28, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant shall appear before the Honorable Judge William J. Hibbler or any Judge sitting in his stead in courtroom 1225 of the Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, Illinois and then and there present their Defendants' Motion to Dismiss, a copy of which is attached hereto and hereby served upon you**.**

                                                              Respectfully submitted,

                                                              OPUS CAPITAL MARKETS
                                                              CONSULTANTS, ET AL.

                                                              By:   __/s/ Joseph L. Kish__
                                                                      One of Their Attorneys

Joseph L. Kish (6197916)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois 60661
Telephone: (312) 454-0015
Facsimile: (312) 454-0261

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Amended Notice of Defendants' Motion to Dismiss was served upon the attorneys listed below electronically through CM/ECF on February 21, 2008.

Trisha M. Cole    tcole@synergylawgroup.com, nmcdonald@synergylawgroup.com

Anthony S. Hind    ahind@ramsdell-law.com, jreno@ramsdell-law.com

Joseph L Kish    jkish@synergylawgroup.com, nmcdonald@synergylawgroup.com

And I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:

Thomas J. Ramsdell
Thomas J. Ramsdell & Associates
One East Wacker Drive, Suite 2020
Chicago, Illinois  60601


　　　　　　　　　　　　　　　　　　　　　　　　／s／    Joseph L. Kish
　　　　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys



Joseph L. Kish (6197916)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261