### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| AMERICAN MORTGAGE CONSULTANTS, INC., an Illinois Corporation, | ) ) ) ) **07 C 7055** |
| Plaintiff | ) ) |
| v. | ) **Hon. William J. Hibbler** ) |
| OPUS CAPITAL MARKETS CONSULTANTS, LLC, VERO SOLUTIONS, INC., JOSEPH ANDREA JENNIFER LABUD AND ANTHONY GUIDICI. | ) **Magistrate Michael T. Mason** ) ) ) ) ) |
| Defendants. | ) |

**AGREED MOTION TO SET AN AGREED BRIEFING SCHEDULE AND TO CONTINUE THE DEADLINE FOR THE JOINT DISCOVERY SCHEDULE**

Defendants Opus Capital Markets Consultants, LLC ("Opus"), Vero Solutions, Inc. ("Vero"), Joseph Andrea ("Andrea"), Jennifer LaBud ("LaBud"), and Anthony Guidici ("Guidici") (collectively referred to as "Defendants") by and through their attorneys, Synergy Law Group, L.L.C., move this Court to Set an Agreed Briefing Schedule and to Continue the Deadline for the Joint Discovery Schedule and in support thereof, state as follows:

1. The presentment of Defendants' Motion to Dismiss is set for Thursday February 28, 2008 (ECF Docket #24).

2. The parties have agreed to a briefing schedule for Defendants' Motion to Dismiss.

3. The parties agree that Plaintiff will have up to and including March 20, 2008 to file its response brief and Defendants will have up to and including April 3, 2008 to file their reply in support of their Motion to Dismiss.

4. Defendants respectfully request that the briefing schedule for Defendants' Motion to Dismiss be set to have Plaintiff's response brief due on March 20, 2008 and Defendants' reply brief due on April 3, 2008.

5. The current deadline for the parties to submit a joint proposed discovery schedule to the Court is March 6, 2008 (ECF Docket #19).

6. This matter is currently set for status on March 11, 2008 (ECF Docket #19).

7. The parties believe that it would be most efficient to await the Court's resolution of Defendants' Motion to Dismiss before submitting a joint proposed discovery schedule.

8. Defendants respectfully request that the March 11, 2008 status hearing and the deadline for the parties to submit a joint proposed discovery schedule be continued.

9. Plaintiff agrees to this Motion and the relief it seeks.

Respectfully submitted,

By:    /s/ Trisha M. Cole
**Attorney for Defendants**

Joseph L. Kish (6225484)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 W. Randolph St., 6th Floor
Chicago, IL 60661
Phone: (312) 454-0015
Fax: (312) 454-0261

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing Agreed Motion to Set an Agreed Briefing Schedule and to Continue the Deadline for the Joint Discovery Schedule was served upon the attorneys listed below electronically through CM/ECF on February 22, 2008.

Trisha M. Cole　　tcole@synergylawgroup.com, nmcdonald@synergylawgroup.com

Anthony S. Hind　　ahind@ramsdell-law.com, jreno@ramsdell-law.com

Joseph L Kish　　jkish@synergylawgroup.com, nmcdonald@synergylawgroup.com

And I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:

Thomas J. Ramsdell
Thomas J. Ramsdell & Associates
One East Wacker Drive, Suite 2020
Chicago, Illinois  60601


          /s/   Trisha M. Cole
              One of Their Attorneys


Joseph L. Kish (6197916)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261