IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN MORTGAGE CONSULTANTS, INC., an Illinois Corporation, | ) ) ) ) | |
| | ) | **07 C 7055** |
| Plaintiff | ) ) | |
| v. | ) ) | **Hon. William J. Hibbler** |
| OPUS CAPITAL MARKETS CONSULTANTS, LLC, VERO SOLUTIONS, INC., JOSEPH ANDREA JENNIFER LABUD AND ANTHONY GUIDICI. | ) ) ) ) ) ) | **Magistrate Michael T. Mason** |
| Defendants. | ) | |

## NOTICE OF AGREED MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on February 28, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for defendant shall appear before the Honorable Judge William J. Hibbler or any judge sitting in his stead in Courtroom 1225 of the Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, Illinois and then and there present their Agreed Motion to Set an Agreed Briefing Schedule and to Continue the Deadline for the Joint Discovery Schedule, a copy of which is attached hereto and hereby served upon you**.**

Respectfully submitted,

OPUS CAPITAL MARKETS
CONSULTANTS, ET AL.

By:   /s/ Trisha M. Cole
        One of Their Attorneys

Joseph L. Kish (6197916)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Agreed Motion to Set an Agreed Briefing Schedule and to Continue the Deadline for the Joint Discovery Schedule was served upon the attorneys listed below electronically through CM/ECF on February 22, 2008.

Trisha M. Cole    tcole@synergylawgroup.com, nmcdonald@synergylawgroup.com

Anthony S. Hind    ahind@ramsdell-law.com, jreno@ramsdell-law.com

Joseph L Kish    jkish@synergylawgroup.com, nmcdonald@synergylawgroup.com

And I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:

Thomas J. Ramsdell
Thomas J. Ramsdell & Associates
One East Wacker Drive, Suite 2020
Chicago, Illinois  60601


　　　　　　　　　　　　　　　　　　　　   /s/   Trisha M. Cole_____
　　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys


Joseph L. Kish (6197916)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261