## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7055 | **DATE** | 2/28/2008 |
| **CASE TITLE** | Amer. Mort. Vs. Opus Capital, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss is taken under advisement. Plaintiff to respond by 3/20/08. Defendants to reply by 4/3/08. Ruling by mail. Status hearing date of 3/11/08 is stricken pending disposition of the motion to dismiss. Agreed motion to set briefing schedule and continue the deadline for the joint discovery schedule is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|