IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN MORTGAGE CONSULTANTS ) | |
| INC., an Illinois Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:07-cv-7055 |
| v. ) | |
| ) | |
| OPUS CAPITAL MARKETS ) | **Honorable William J. Hibbler** |
| CONSULTANTS, LLC, an Illinois limited ) | |
| liability corporation, VERO SOLUTIONS, ) | **Magistrate Michael T. Mason** |
| INC., an Illinois corporation, JOSEPH ) | |
| ANDREA, an individual, JENNIFER LABUD, ) | |
| an individual, and ANTHONY GUIDICI, an ) | |
| individual, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF ANTHONY S. HIND IN SUPPORT OF PLAINTIFF'S
## OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Anthony S. Hind, hereby state and declare as follows:

1.      I am one of the attorneys for Plaintiff American Mortgage Consultants,

Inc. ("AMC") in this matter, and I submit this Declaration in support of Plaintiff's

Opposition to the Defendants' Motion to Dismiss.

2.      Attached as Exhibit A to this Declaration is a true and accurate copy of

excerpts of the November 3, 2006 deposition of Anthony Guidici, conducted in

connection with currently pending litigation between these same parties in the

Circuit Court of Lake County, Illinois, docket no. 05 CH 525 (the "state court

proceedings).

3.      Attached as Exhibit B to this Declaration is a true and accurate copy of AMC's Certificate of Registration, Registration No. TXu 1-570-158, pertaining to TIGRE Web-Enabled, issued by the United States Copyright Office, Register of Copyrights.

4.      Attached as Exhibit C to this Declaration is a true and accurate copy of the June 18, 2003 Agreement between AMC and Vero Solutions, Inc., previously produced during the course of the state court litigation.

5.      Attached as Exhibit D to this Declaration is a true and accurate copy of a document produced during the course of the state court proceedings, bearing Bates number "WP 00080," containing a January 7, 2005 e-mail from Defendant Anthony Guidici to attorney Donald Levine.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 20, 2008                    By:    /s/      Anthony S. Hind

1

IN THE CIRCUIT COURT OF ILLINOIS
FOR THE NINETEENTH JUDICIAL CIRCUIT, LAKE COUNTY

AMERICAN MORTGAGE CONSULTANTS,          )
INC., an Illinois Corporation,          )
                                        )
          Plaintiff/                    )
          Counter-Defendant,            )
                                        )
     -vs-                               ) No. 05 CH 525
                                        )
OPUS CAPITAL MARKETS                    ) Consolidated
CONSULTANTS, LLC, an Illinois           ) No. 05 MR 0662
Limited Liability Corporation,          )
JOSEPH C. ANDREA and JENNIFER           )
LABUD,                                  )
                                        )
          Defendants/                   )
          Counter-Plaintiffs,           )
_____)
AMERICAN MORTGAGE CONSULTANTS,          )
INC., an Illinois Corporation,          )
                                        )
          Plaintiff,                    )
                                        )
     -vs-                               )
                                        )
VERO SOLUTIONS, INC., an                )
Illinois Corporation, and              )
ANTHONY GUIDICI,                        )
                                        )
          Defendants.                   )

ORIGINAL

The deposition of

ANTHONY JAMES GUIDICI

Friday, November 3, 2006
1:13 p.m.

Suite 2020
One East Wacker Drive

Chicago, Illinois

EXHIBIT A

CONFIDENTIAL

**WICHMANN-KLAWITTER REPORTING, LTD.**
**(312) 368-1228 - CHICAGO**

Redacted

11                 (The following pages, 176 and following,

12                 are in the nonconfidential portion of

13                 the transcript.)

14

15

16

17

18

19

20

21

22

23

24

1              After the first discussion or later?

2       Q.    Ever.

3       A.    Ever?

4       Q.    Yes.

5       A.    Yes, after he threw me out.

6              I had lost -- he was refusing to pay me.  I

7    wanted that money back that he owed me.

8       Q.    Did he pay you that money?

9       A.    He did eventually.

10             I wanted that money, and, since I was out of

11   work, I had money that needed to be recouped.

12      Q.    Prior to that meeting on November 30, you

13   never told anyone you thought you owned the software,

14   the TIGRE Web enabled software, did you?

15      A.    Well, I talked with Henry and John about it.

16      Q.    And you all were in agreement that AMC

17   actually owned the software, weren't you?

18      A.    I don't think we all were in agreement.

19      Q.    Really?  Okay.

20             You weren't in agreement?

21      A.    No.

22      Q.    Isn't the first inkling you had that you may

23   have some ownership interest in the software when you

24   spoke with your lawyers?

1    A.    Yes.

2    Q.    So prior to speaking with your lawyers

3  sometime in November '04, you had never mentioned to

4  anyone that you thought you owned the TIGRE Web

5  enabled software?

6    A.    No.

7    Q.    Did you bother to ask AMC's lawyers who

8  owned the software?

9    A.    No, I did not.

10    Q.    Why not?

11    A.    I didn't know who AMC's lawyers were.

12    Q.    You hadn't communicated with me prior to

13  November of 2004?

14    MR. KISH:  Communicated with you?

15    MR. CHINLUND:  Yes.

16    MR. KISH:  Okay.

17  BY THE WITNESS:

18    A.    I may have -- I don't know.

19  BY MR. CHINLUND:

20    Q.    You actually knew at that time I was AMC's

21  lawyer, didn't you?

22    A.    I -- maybe.  I may have known.  I'm not

23  sure.

24    Q.    Did you seek a second opinion from what

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

# TXu 1-570-158

**Effective date of registration:**

December 7, 2007

## Title

**Title of Work:** TIGRE Web Enabled

## Completion/Publication

**Year of Completion:** 2004

## Author

■ **Author:** Henry Schwenk

**Author Created:** New and revised program code.

**Work made for hire:** No

**Citizen of:** United States

**Anonymous:** Yes          **Pseudonymous:** No

■ **Author:** John Vrbancic

**Author Created:** New and revised program code.

**Work made for hire:** No

**Citizen of:** United States

**Anonymous:** Yes          **Pseudonymous:** No

■ **Author:** Anthony Guidici

**Author Created:** New and revised program code.

**Work made for hire:** No

**Citizen of:** United States

**Anonymous:** Yes          **Pseudonymous:** No

## Copyright claimant

EXHIBIT B

Page 1 of 2

Copyright Claimant: American Mortgage Consultants, Inc.

325 North Milwaukee Avenue, Second Floor, Libertyville, Illinois, 60048

Transfer Statement: By written agreements and assignments.

## Limitation of copyright claim

Material excluded from this claim: TIGRE Software

Previously registered: Yes

Previous registration and year: TXul-169-737    2003

Basis of current registration: This is a changed version of the work.

New material included in claim: New and revised program code.

## Certification

Name: Peter S. E. Kempf, President

Date: December 3, 2007

**IPN#:**

**Registration #:**

\* T X U 0 0 1 5 7 0 1 5 8 \*

**Service Request #:**    1-26084953

Thomas J. Ramsdell & Associates
Thomas J. Ramsdell
One East Wacker Drive
Suite 2020
Chicago, Illinois 60601

# DATABASE MIGRATION / REMOTE ACCESS ENABLEMENT

## PROPOSAL FOR AMERICAN MORTGAGE CONSULTANTS

Presented to:

David Leahy
Joe Andrea
Matthew Leahy

American Mortgage Consultants

Presented by:

Anthony Guidici, Consultant

June 20, 2003

CONFIDENTIAL

AMC 000002

**EXHIBIT C**

1

# TABLE OF CONTENTS

EXECUTIVE SUMMARY .................................................... 3
  CURRENT SITUATION .................................................. 3
    AMC Perspective ................................................... 3
    Customer Perspective .............................................. 3
  BUSINESS OUTCOMES ................................................. 3
    Increased efficiency ............................................... 3
    Improved data security ............................................ 3
    Audit compliance ................................................. 4
    Financial Return on Investment .................................... 4

PROPOSED SOLUTION FOR AMC ........................................ 5
    Database Migration Solution ....................................... 5
    Remote Access Solution ........................................... 5
    Roles & Responsibilities ........................................... 5

COMPETITIVE ADVANTAGES ........................................... 6
  OVERALL COST REDUCTION THROUGH VERSATILITY ................... 6
  ABILITY TO USE INTERNAL RESOURCES ............................... 6
  MICROSOFT CERTIFIED TRAINER ..................................... 6

AMC INVESTMENT ..................................................... 7
  PROJECT RISKS/ASSUMPTIONS ........................................ 9
  HOURS AND FEES ................................................... 9
  TERMS AND CONDITIONS ............................................ 10
    Terms of Sale .................................................... 10
    Statement of Confidentiality ....................................... 10
    Approved and Accepted: ........................................... 10

CONFIDENTIAL

AMC 000003

# EXECUTIVE SUMMARY
## PROPOSED SOLUTION FOR AMC

AMC has asked me to prepare a proposal to develop a plan for quickly and conveniently migrating their Access mortgage reviewing application. In addition, AMC would like to enable remote access for this application, allowing their workers to remain at their home offices rather that traveling to Libertyville bi-weekly. The following summary outlines the plan and the investment associated with migrating the database and application code.

## CURRENT SITUATION

In prior discussions, I have identified the following key business issues:

### AMC Perspective

In a previous audit, issues were discovered that created the need to move the application to a more secure, scalable enterprise database platform. SQL Server has already been chosen because of its performance and tight integration with other Microsoft offerings, particularly Access.

Flying employees in from out of state and providing lodging bi-weekly is a considerable expense which could be avoided if the application were enable to allow these employees to work remotely.

### Customer Perspective

Since the customer conducting the audit, CSFB, is among the largest of AMC's clientele, there is a strong push to implement the recommendations of the audit, in the interests of pleasing the customer.

## BUSINESS OUTCOMES

My recommended solution will produce measurable business outcomes. The following outcomes will provide a valid measure of the project's success:

### Increased efficiency

A large amount of staff time is spent coordinating the various Access databases spread throughout the company. Having all data in a centralized location would reduce the amount of time spent on the tedious details coordinating these disparate sets of data.

### Improved data security

Currently, data is not secured in any way, and in fact can be passed from machine to machine by simply copying the Access database. Centralizing the data in SQL server will prevent users from being able to explicitly remove the data from the AMC network.

**CONFIDENTIAL**

**AMC 000004**

In addition, I will add login functionality to ensure that only users who are supposed to be able to access these data will be permitted to do so. This will prevent unauthorized users from viewing sensitive data.

### Audit compliance

Implementing this solution will allow AMC to meet some of the compliance issues raised during their audit.

### Financial Return on Investment

The main issue driving the urgency of this project is the need to comply with the audit. However, implementing my recommended solution can produce the following estimated financial returns:

#### Database Migration:

Considerable time and effort is spent coordinating the multiple Access databases. In addition data may be sometimes lost due to the current decentralized Access databases, requiring recovery time. Centralizing the data and providing security can reduce this administration time by 10 hours/week. Assuming an average employee cost of $30/hour, migrating the database to SQL Server can reduce costs by $300/week. This would create an annual savings of approximately $15,000. Based on an estimated 4 week time to completion at $80/hour:

- 5 year return on investment of database migration: 586%
- Payback period: 10 months

#### Remote Access Enablement:

Matt Leahy estimates that the current expense of bringing workers to Libertyville is $4,000 every other week. Over the course of a year, this cost can add up to approximately $100,000. Currently, the full scope of this application is yet to be determined, so determining the cost is impossible. This also makes computing a ROI value and a payback period impossible.

- Projected annual cost savings upon completion of project: $100,000

CONFIDENTIAL

AMC 000005

# PROPOSED SOLUTION FOR AMC
## PLAN

After identifying the business issues, I propose the following:

### *Database Migration Solution*

The proposed solution involves several steps:

- Use software development tools to reverse-engineer the Access data structure into SQL Server

- Build application to move existing Access data into SQL Server tables

- Configure Access user interface code to use SQL Server data.

- Configure SQL Server security to control user access

### *Remote Access Solution*

The application will be enabled to support remote access. This part of the project is in the very early envisioning stages, and functional requirements have yet to be gathered. As such, there is no specific deliverable for this phase of the project. However, I will work with AMC team members to architect and design the remote access enablement of the application. Upon completion of the architecture and design, I will work on the implementation until the contract end date.

### *Roles & Responsibilities*

I recommend that the following team roles be assigned to ensure successful completion of this phase:

| TEAM MEMBER | ROLES & RESPONSIBILITIES |
| --- | --- |
| Architect/Lead Developer | Responsible for system design. |
| Infrastructure | Responsible for assisting with installation of SQL Server environments, as well as ensuring that any network/security issues are resolved. |
| Testing | Responsible for testing application to ensure that application still functions exactly as expected post-migration. |

**CONFIDENTIAL**

AMC 000006

# COMPETITIVE ADVANTAGES

## *Overall cost reduction through versatility*

One key competitive advantage is my ability to perform several different roles on a project. This can reduce overall costs in decreased headcount, as well as reducing the administrative overhead of coordinating multiple resources.

In addition, having one resource with all required technical knowledge can further reduce costs in that I can bridge the gap between database knowledge and web design knowledge, reducing the extra costs that can come from miscommunication in these areas.

I have performed work for clients in the following roles:

- *Application Architect* – I have designed the architecture for several applications as well as consulted on large application development projects. Thus, I have the expertise to design your application from the ground up. I have designed the following types of applications:
  - o Database applications
  - o Web applications
  - o Windows Applications
- *Developer* – In addition to being a Microsoft Certified Solution Developer (MCSD) and Microsoft Certified Application Developer(MCAD), I have performed the following developer roles on previous projects:
  - o Database designer
  - o Writing application code
- *Project Management* – I have also managed projects, up to 8 resources at a time. This gives me an advantage in being able to carefully manage the costs of a project, as well as ensure that regular progress is being made toward an on-time completion, at or under budget.

## *Ability to use internal resources*

Rather than attempt to do everything myself, I intend to use internal AMC resources whenever possible to help keep costs down. For example, Chris Guidici could be tasked with creating the graphic design for web site, and Mary Wachenheim's abilities will be used regularly where appropriate to keep costs down.

## *Microsoft Certified Trainer*

As a Microsoft Certified Trainer, I have the certified ability to train AMC employees on any Microsoft technology used in the development of your application. This can reduce costs in that a 'turnkey' solution means that your employees are enabled to maintain the application themselves, rather than relying on my ongoing services indefinitely.

CONFIDENTIAL

AMC 000007

Proposal for Microsoft Corp.
Education Offerings
June 20, 2003

6

# A M C   I N V E S T M E N T
## D E L I V E R A B L E S   &   P R O C E S S

Based on my experience, I anticipate that this project will proceed as follows:

| TASK | DESCRIPTION | TIME |
|------|-------------|------|
| Project Kickoff | Kickoff with AMC team members to finalize tactical approach, schedule meetings, and establish deadlines/milestones. | Day 1 |
| Analysis & Design | The architect will create a technical design for the application. Specifically, a database design will be created, and technical design decisions regarding security and functionality enhancements will be made. Proof-of-concept testing will be performed to verify that the chosen design is valid. In addition documentation specifying the overall architecture of the application, as well as a new SQL Server database diagram will be provided as the deliverable for this phase. | Days 2-3 |
| Implementation | Implement the application functionality pursuant to the functional requirements and technical design.<br><br>• Reverse Engineer existing database design into SQL Server<br>• Port test data from Access applications into SQL Server<br>• Configure Access application to use SQL Server data<br>• Testing to ensure existing functionality has been preserved<br>• Write application to import data into SQL as it was previously done in Access<br>• Add login functionality<br>• (Time permitting) add functionality to assign users to specific jobs, and restrict user view to only assigned jobs<br><br>The deliverable for this phase will be an application ready for testing. | Days 2-10 |

CONFIDENTIAL

AMC 000008

| Testing | Application will be tested according to the following functional requirements:<br><br>• Existing functionality preserved<br>• Compliance with additional functional requirements<br><br>If desired by AMC, the deliverable for this phase can be reports summarizing the application's ability to meet the aforementioned requirements. | Days 10-15 |
|---|---|---|
| Deployment | Deployment of the application to the AMC production environment:<br><br>• Porting of final data from Access to SQL Server<br>• Deployment of application to end users<br><br>The deliverable for this phase will be the application in it's final version in the production environment. Location is unimportant, but the application must be installed on a Windows Server. | Days 15-20 |
| Remote Access | Creation of an application that supports remote access, enabling workers to remain at their local offices rather than traveling to Libertyville office bi-weekly. | TBD |

CONFIDENTIAL

AMC 000009

Proposal for Microsoft Corp.
Education Offerings.
June 20, 2003

8

## PROJECT RISKS/ASSUMPTIONS

- All work product created during this project is the property of AMC.
- To ensure complete understanding of AMC business processes, I will make myself available for onsite work at AMC offices for a minimum of 30 hours/week.
- Customer changes requested after project kickoff may risk pushing the delivery date beyond the existing estimate. Any changes requested after the beginning
- A successful engagement involves full cooperation of AMC employees. As I am not aware of the many ways that end users are using this application, it will be the responsibility of AMC to test the application and report bugs so that all existing functionality can be preserved, and that new functionality will perform exactly as expected.
- The recommended solution may trigger work required in other areas of the business and may extend time to implementation.
- Logon/User information: A list of information about users will be entered and updated manually for phase 1. This list is to be provided by AMC, and must be supplied by the end of the second week of the project to ensure that the project meets the anticipated deadline.
- To reduce the manual database management of users, adding an administrative console is an option, and could be created post-migration. This, however, could push the project past the estimated hours, and thus should be considered post-migration.
- No deliverables have been defined for the remote access solution.
- Additional resources may be required to meet AMC specified deadlines and goals. I can outsource additional resources as necessary with the prior approval of AMC.

## HOURS AND FEES

In discussions with Matt Leahy and Joe Andrea, we have determined that it would be difficult to perform an exact estimate of the hours required to complete the remote access phase. Therefore, it was suggested that I combine the two projects into a single contract, with the database migration being the first priority. Upon completion of the database migration, I would work on the remote access project until completion or the contract end date. It was also suggested that the contract have a specific start and end date, rather than a project completion milestone. After completing the analysis of the requirements for the remote access project, the exact scope of the project can be determined, and the hours required can be adjusted as necessary.

Hourly Rate: $80/hr
Project start: Upon acceptance by AMC
Project end date: November 15, 2003

CONFIDENTIAL

AMC 000010

## Time Frame

I can begin this project upon acceptance by AMC. For the first two weeks following contract acceptance, work will be part-time. After the first 2 weeks, the commitment will be full-time (40 hours/week) for the duration of the contract. This proposal is effective until June 30th, 2003.

## TERMS AND CONDITIONS

### Terms of Sale

Invoicing will be performed bi-weekly. Invoices are payable upon receipt.

### Early Termination

Should AMC decide to terminate this contract before the specified contract end date, two weeks notice will be required before the actual termination date. Should I decide to terminate this contract before the specified contract end date, two weeks notice will be required before the actual termination date.

### Statement of Confidentiality

The information contained in this document is confidential information intended only for the use of the addresses listed on this document. If the reader of this document is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this document is strictly prohibited. If you have received this document in error, please immediately notify me by telephone at 1-847-639-2027 or return the original message to aguidici@att.net, or mail the document via the United States Postal Service to 754 Brighton Circle, Port Barrington, IL 60010. I will reimburse any cost you incur in notifying us and returning the message to us.

*Approved and Accepted:*

AMC

David Leahy

Joe Andrea

Matthew Leahy

Anthony J. Guidici

6/19/03

CONFIDENTIAL

AMC 000011

Date

CONFIDENTIAL

AMC 000012

## Jennifer Mallios (Levin Ginsburg)

From:        Donald Levine (Levin Ginsburg)
Sent:        Friday, January 07, 2005 1:23 PM
To:          Anne Keays (Levin Ginsburg)
Subject:     FW: Nothing from AMC


Any thoughts

-----Original Message-----
From: tony@verosolutions.com [mailto:tony@verosolutions.com]
Sent: Friday, January 07, 2005 12:55 PM
To: Donald Levine (Levin Ginsburg)
Subject: Nothing from AMC


I didn't really expect to receive anything. However, I am also not going to
do anything until I send them an invoice on Monday and receive payment (on
Monday) for the last week's work by the subcontractors. At that point, I
would be ready to take the next steps, whatever they are.

Assuming this is the case, I would like to discuss several things to figure
out what, if any next steps should be taken:
1. How much we have already accrued in legal fees
2. Available legal options
3. Cost vs. Benefit vs. Risk of legal options

The reason I would like to move quickly requires some explanation. As you
have figured out already, Dave has no idea how to run a business. He relies
very heavily on one key person to have the entire knowledge base of his
business, in addition to key client relationships. Several clients have
specifically requested never to speak with Dave again, but they continue to
do business because of her. He has treated her badly, and plans to hand the
business to his son Matt, who has no understanding of the business and is
even more brash and arrogant than Dave.

To make a long story short, she is traveling to New York next week to get
the backing of her clients (who already don't like Dave), and then is
either buying Dave out or going off on her own, taking the top staff
currently at AMC. I know this because my brother is a senior person there,
and he is going with her, along with most of the top people. Normally, I am
not a believer in the whole conspiracy thing because they never happen, but
I think this one will happen.

I would like to have my situation resolved before this happens, since my
situation would completely take a back seat at that time, and in addition I
may get nothing if his business crashes...

Please let me know when would be a good time for you to talk.

Thanks,
Tony



------------------------------------------------------------------
mail2web - Check your email from the web at
http://mail2web.com/ .

1

EXHIBIT D

WP 00080