**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN MORTGAGE CONSULTANTS, INC., an Illinois Corporation, | ) ) ) ) | |
| Plaintiff | ) ) | **07 C 7055** |
| v. | ) ) ) | **Hon. William J. Hibbler** |
| OPUS CAPITAL MARKETS CONSULTANTS, LLC, VERO SOLUTIONS, INC., JOSEPH ANDREA JENNIFER LABUD AND ANTHONY GUIDICI. | ) ) ) ) ) ) | **Magistrate Michael T. Mason** |
| Defendants. | ) | |

## NOTICE OF FILING

To:   See Attached Service List

   PLEASE TAKE NOTICE that on April 3, 2008, the undersigned caused the attached Defendants' Reply in Support of their Motion to Dismiss to be filed with the clerk of Northern District of Illinois, a copy of which is attached hereto and hereby served upon you.

   Respectfully submitted,

   OPUS CAPITAL MARKETS CONSULTANTS, ET AL.

   By:   /s/ Joseph L. Kish
      One of Their Attorneys

Joseph L. Kish (6197916)
Bartly J. Loethen (6225484)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Filing Defendants' Reply in Support of their Motion to Dismiss was served upon the attorneys listed below electronically through CM/ECF on April 3, 2008.

Trisha M. Cole    tcole@synergylawgroup.com, nmcdonald@synergylawgroup.com

Anthony S. Hind    ahind@ramsdell-law.com, jreno@ramsdell-law.com

Joseph L Kish    jkish@synergylawgroup.com, nmcdonald@synergylawgroup.com

Bartly J. Loethen    bart@synergylawgroup.com, nmcdonald@synergylawgroup.com

And I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:

Thomas J. Ramsdell
Thomas J. Ramsdell & Associates
One East Wacker Drive, Suite 2020
Chicago, Illinois  60601


By:    /s/ Joseph L. Kish
          One of Their Attorneys


Joseph L. Kish (6197916)
Bartly J. Loethen (6225484)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261