**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN MORTGAGE CONSULTANTS, INC., an Illinois Corporation, | ) ) ) ) | |
| Plaintiff | ) ) | **07 C 7055** |
| v. | ) ) ) | **Hon. William J. Hibbler** |
| OPUS CAPITAL MARKETS CONSULTANTS, LLC, VERO SOLUTIONS, INC., JOSEPH ANDREA JENNIFER LABUD AND ANTHONY GUIDICI. | ) ) ) ) ) ) | **Magistrate Michael T. Mason** |
| Defendants. | ) | |

**NOTICE OF FILING**

To:   See Attached Service List

PLEASE TAKE NOTICE that on June 5, 2008, the undersigned caused the attached Defendants' Answer and Affirmative Defenses to be filed with the clerk of Northern District of Illinois, a copy of which is attached hereto and hereby served upon you.

                                                Respectfully submitted,

                                                OPUS CAPITAL MARKETS CONSULTANTS,
                                                ET AL.

                                                By:   /s/ Joseph L. Kish
                                                         One of Their Attorneys

Joseph L. Kish (6197916)
Bartly J. Loethen (6225484)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Filing Defendants' Answer and Affirmative Defenses was served upon the attorneys listed below electronically through CM/ECF on June 5, 2008.

Thomas Jefferson Ramsdell    tramsdell@ramsdell-law.com

Bartly Joseph Loethen    bart@synergylawgroup.com,nmcdonald@synergylawgroup.com

Gregory James Chinlund    gchinlund@marshallip.com

Anthony S. Hind    ahind@ramsdell-law.com,jreno@ramsdell-law.com

Joseph L Kish    jkish@synergylawgroup.com,nmcdonald@synergylawgroup.com

Trisha M. Cole    tcole@synergylawgroup.com,nmcdonald@synergylawgroup.com


By:    /s/ Joseph L. Kish
       One of Their Attorneys


Joseph L. Kish (6197916)
Bartly J. Loethen (6225484)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261