**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

American Mortgage Consultants Inc.,

                          Plaintiff,

v.                                                      Case No.: 1:07−cv−07055
                                                        Honorable William J. Hibbler

Opus Capital Markets Consultants, LLC, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 6/10/2008 and continued to 8/26/2008 at 09:30 a.m. Parties are directed to meet and confer and submit an agreed discovery schedule to chambers no later than 8/22/08. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.