IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN MORTGAGE CONSULTANTS INC., an Illinois Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>OPUS CAPITAL MARKETS CONSULTANTS, LLC, an Illinois limited liability corporation, VERO SOLUTIONS, INC., an Illinois corporation, JOSEPH ANDREA, an individual, JENNIFER LABUD, an individual, and ANTHONY GUIDICI, an individual,<br><br>  Defendants. | Case No. 1:07-cv-7055<br><br>**Honorable William J. Hibbler**<br><br>**Magistrate Michael T. Mason** |

**PLAINTIFF'S REPLY TO DEFENDANTS' "DEFENSES
AND AFFIRMATIVE DEFENSES"**

Plaintiff American Mortgage Consultants, Inc. ("AMC"), by its undersigned attorneys, pursuant to Rule 12 of the Federal Rules of Civil Procedure, submits the following reply to Defendants' "Defenses and Affirmative Defenses."

1. Plaintiff's claims in whole or in part fail to state a claim against Defendants upon which the relief sought could be granted.

**Reply:**   Denied. See Court's May 12, 2008 Order denying Defendants' Motion to Dismiss (ECF document number 32).

2. Plaintiff's claims in whole or in part are barred by the doctrine of unclean hands.

**Reply:**   Denied.

  3. Plaintiff's claims in whole or in part are barred by Defendants reliance on the advice of counsel.

**Reply:** Denied.

  4. Plaintiff's claims in whole or in part are limited by Defendants' innocent intent.

**Reply:** Denied.

  5. Plaintiff's claims in whole or in part are barred by the doctrine of waiver.

**Reply:** Denied.

  6. Plaintiff's claims in whole or in part are barred by the doctrine of laches.

**Reply:** Denied.

  7. Plaintiff's claims in whole or in part are barred because Plaintiff failed to mitigate its damages.

**Reply:** Denied.

  8. Plaintiff's claims in whole or in part are barred by the applicable statutes of limitation.

**Reply:** Denied.

  9. Plaintiff possesses no protectable copyright that can form the basis of this lawsuit:

**Reply:** Denied.

     10. Plaintiff's claims are in whole or in part limited because OpusFirst was not derived from TIGRE Web-Enabled.

**Reply:**   Denied.


Dated: June 25, 2008                      By:   /s/      Anthony S. Hind

                                                    Thomas J. Ramsdell (6209798)
                                                    Anthony S. Hind (6257797)
                                                    Carl E. Myers (6270329)
                                                    THOMAS J. RAMSDELL & ASSOCIATES
                                                    One East Wacker Drive
                                                    Suite 2020
                                                    Chicago, Illinois 60601
                                                    Tel:   312.267.0071
                                                    Fax:   866.220.7644

                                                    *Counsel for Plaintiff American Mortgage Consultants, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused a copy of the foregoing **PLAINTIFF'S REPLY TO DEFENDANTS' "DEFENSES AND AFFIRMATIVE DEFENSES"** to be served upon the attorneys listed below, electronically, via the Court's CM/ECF system, on June 25, 2008:

> Trisha M. Cole: tcole@synergylawgroup.com,
> nmcdonald@synergylawgroup.com
>
> Joseph L Kish: jkish@synergylawgroup.com,
> nmcdonald@synergylawgroup.com
>
> Bartly Joseph Loethen: bart@synergylawgroup.com,
> nmcdonald@synergylawgroup.com
>
> Thomas J. Ramsdell: tramsdell@ramsdell-law.com
>
> Carl E. Myers: cmyers@ramsdell-law.com
>
> Anthony S. Hind: ahind@ramsdell-law.com

/s/    Anthony S. Hind