### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| AMERICAN MORTGAGE CONSULTANTS, INC., an Illinois Corporation, | ) ) ) |
| | ) **07 C 7055** |
| Plaintiff | ) |
| | ) |
| v. | ) **Hon. William J. Hibbler** |
| | ) |
| OPUS CAPITAL MARKETS CONSULTANTS, LLC, VERO SOLUTIONS, INC., JOSEPH ANDREA JENNIFER LABUD AND ANTHONY GUIDICI. | ) **Magistrate Michael T. Mason** ) ) ) ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO CONTINUE DEADLINE FOR THE
PARTIES TO SUBMIT AGREED DISCOVERY SCHEDULE**

Defendants Opus Capital Markets Consultants, LLC ("Opus"), Vero Solutions, Inc. ("Vero"), Joseph Andrea ("Andrea"), Jennifer LaBud ("LaBud"), and Anthony Guidici ("Guidici") (collectively referred to as "Defendants") by and through their attorneys, Synergy Law Group, L.L.C., and along with Plaintiff American Mortgage Consultants, Inc. by and through its attorneys, Thomas J. Ramsdell & Associates ("Plaintiff" all parties collectively referred to as "Parties"), move this Court to Continue the Deadline for the Parties to Submit an Agreed Discovery Schedule and in support thereof, state as follows:

1. On July 30, 2008 the Parties commenced trial in the state court action in Lake County, Illinois. On August 14, 2008, the Court ordered the trial to re-commence on October 1, 2008 and continue until October 10, 2008.

2. The parties in the state court action are the same Parties in this current action. It appears that this action is based on the same set of circumstances as the state court action.

3. August 22, 2008 is the current deadline for the Parties to submit an agreed discovery schedule to the Court. (ECF Docket #36.)

4. This matter is set for status on August 26, 2008.  (ECF Docket #36.)

5. It is anticipated that the trial in Lake County will minimize and/or simplify the number of issues to be tried before this Court.  The Parties believe that it would be most efficient to continue the deadline to submit an agreed discovery schedule until after the October trial dates in Lake County.

6. The Parties respectfully request that the August 22, 2008 deadline to submit an agreed discovery schedule and the August 26, 2008 status hearing be continued to a date after October 10, 2008.

Respectfully submitted,

By: ___/s/ Anthony S. Hind_____
    **Attorney for Plaintiff**

Thomas J. Ramsdell (6209798)
Anthony S. Hind (6257797)
Carl E. Meyers (6270329)
Thomas J. Ramsdell & Associates
One East Wacker Dr.  Suite 2020
Chicago, IL  60601
Phone:  (312) 267-0071
Fax:    (866) 220-7644

By: ___/s/ Trisha M. Cole_____
    **Attorney for Defendants**

Joseph L. Kish (6197916)
Bartly J. Loethen (6225484)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 W. Randolph St., 6th Floor
Chicago, IL 60661
Phone: (312) 454-0015
Fax: (312) 454-0261

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing Joint Motion to Continue Deadline for the Parties to Submit Agreed Discovery Schedule was served upon the attorneys listed below electronically through CM/ECF on August 21, 2008.

Trisha M. Cole    tcole@synergylawgroup.com, nmcdonald@synergylawgroup.com

Anthony S. Hind    ahind@ramsdell-law.com, jreno@ramsdell-law.com

Joseph L Kish    jkish@synergylawgroup.com, nmcdonald@synergylawgroup.com

Bartly Joseph Loethen    bart@synergylawgroup.com, nmcdonald@synergylawgroup.com

Carl Ellis Myers    cmyers@cmyerslaw.com

Thomas Jefferson Ramsdell    tramsdell@ramsdell-law.com

                                                /s/    Trisha M. Cole
                                                    One of Their Attorneys

Bartly J. Loethen (6225484)
Joseph L. Kish (6197916)
Trisha M. Cole (6289247)
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois 60661
Telephone: (312) 454-0015
Facsimile: (312) 454-0261