## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN MORTGAGE CONSULTANTS, INC., an Illinois Corporation, | ) ) ) ) | |
| | ) | **07 C 7055** |
| Plaintiff | ) ) | |
| v. | ) ) | **Hon. William J. Hibbler** |
| OPUS CAPITAL MARKETS CONSULTANTS, LLC, VERO SOLUTIONS, INC., JOSEPH ANDREA JENNIFER LABUD AND ANTHONY GUIDICI. | ) ) ) ) ) ) | **Magistrate Michael T. Mason** |
| Defendants. | ) | |

## NOTICE OF JOINT MOTION

To:   See Attached Service List

   PLEASE TAKE NOTICE that on August 26, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge William J. Hibbler or any judge sitting in his stead in Courtroom 1225 of the Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, Illinois and then and there present their Joint Motion to Continue Deadline for the Parties to Submit Agreed Discovery Schedule, a copy of which is attached hereto and hereby served upon you**.**

                    Respectfully submitted,

                    By:   /s/ Trisha M. Cole
                           One of Defendants' Attorneys

Bartly J. Loethen (6225484)
Joseph L. Kish (6197916)
Trisha M. Cole (6289247)
Synergy Law Group, LLC
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261

2

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing Notice of Joint Motion to Continue Deadline for the Parties to Submit Agreed Discovery Schedule was served upon the attorneys listed below electronically through CM/ECF on August 21, 2008.

Trisha M. Cole     tcole@synergylawgroup.com, nmcdonald@synergylawgroup.com

Anthony S. Hind     ahind@ramsdell-law.com, jreno@ramsdell-law.com

Joseph L Kish     jkish@synergylawgroup.com, nmcdonald@synergylawgroup.com

Bartly Joseph Loethen     bart@synergylawgroup.com, nmcdonald@synergylawgroup.com

Carl Ellis Myers     cmyers@cmyerslaw.com

Thomas Jefferson Ramsdell     tramsdell@ramsdell-law.com

                                                          /s/    Trisha M. Cole
                                                     One of Defendants' Attorneys

Bartly J. Loethen (6225484)
Joseph L. Kish (6197916)
Trisha M. Cole (6289247)
Synergy Law Group, LLC
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261

2