UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

American Mortgage Consultants Inc.,
                                                    Plaintiff,

v.                                                  Case No.: 1:07−cv−07055
                                                    Honorable William J. Hibbler

Opus Capital Markets Consultants, LLC, et al.
                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

    MINUTE entry before the Honorable William J. Hibbler: Joint Motion to continue [38] is granted. Status hearing reset to 10/15/2008 at 09:30 AM. Parties to submit agreed scheduling order to the Court by 10/14/08. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.